# Court of Appeals
# of the State of Georgia

ATLANTA,___June 25, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1964.  MANUEL MIGUEL RIVERA v. THE STATE.**

In 2008, Manuel Miguel Rivera pled guilty to multiple offenses, including armed robbery, aggravated assault, kidnapping, and false imprisonment. In 2013, Rivera filed a "Motion to Correct a Void Sentence," alleging that his sentences for aggravated assault, kidnapping, and false imprisonment should have been merged. The trial court denied the motion, and Rivera appeals.

A direct appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216, n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Rivera's merger argument, however, is a challenge to his convictions, not to his sentence.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  As the Supreme Court has made clear, a post-conviction motion to vacate an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a petition should be dismissed.   See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). For these reasons, Rivera's appeal is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* 06/25/2013
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*